# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| STACY BRADY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:08-CV-00058 |
| ) | |
| ) | JUDGE ECHOLS |
| ) | MAGISTRATE JUDGE KNOWLES |
| LTD PARTS, INC., et al. ) | |
| ) | |
| ) | JURY DEMAND |
| Defendants. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) all parties to the above-styled civil action stipulate that all claims made by the plaintiffs, Ron Brandt, Ronald Holman and Angela Sparks are dismissed, and these plaintiffs are hereby dismissed as parties from this lawsuit. The parties also stipulate that these dismissed parties shall bear their own costs and attorneys' fees.

This 29th day of September, 2008.

Respectfully submitted,

s/ Kenneth A. Weber
Kenneth A. Weber, #15730
Emily H. Plotkin, #22978
Ben Bodzy, #23517
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, TN 37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)

Attorneys for Defendants

                        s/Jonathan Young
                        Jonathan Young, Esq.
                        Cameron & Young
                        100 South Jefferson Avenue
                        Cookeville, TN 38501
                        (931) 526-3366 (telephone)


                        s/Kenneth S. Williams
                        Kenneth S. Williams (#10678)
                        Madewell, Jared, Halfacre & Williams
                        230 North Washington Avenue
                        Cookeville, TN 38501
                        (931) 526-6101 (telephone)

                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 29, 2008, a copy of the Stipulation Of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

           Jonathan Young
           Cameron & Young
           100 South Jefferson Avenue
           Cookeville, Tennessee 38501

           Kenneth S. Williams
           Madewell, Jared, Halfacre & Williams
           230 North Washington Avenue
           Cookeville, Tennessee 38501

                        s/Kenneth A. Weber
                        Kenneth A. Weber (# 15730)