IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| STACY BRADY, ET AL. | ) | |
| | ) | NO. 2:08-0058 |
| v. | ) | JUDGE ECHOLS |
| | ) | |
| LTD PARTS, INC., ET AL. | ) | |

### O R D E R

Pursuant to the Stipulation of Dismissal (Docket Entry No. 25) filed by the parties, the claims of Plaintiffs Ron Brandt, Ronald Holman and Angela Sparks are hereby DISMISSED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. As provided in the aforesaid Stipulation of Dismissal, these dismissed Plaintiffs shall bear their own costs and attorneys' fees. Defendants' Motion to Dismiss (Docket Entry No. 10) the remaining Defendants on jurisdictional grounds will be addressed in a separate Order.

IT IS SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE