UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| STACY BRADY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:08-CV-00058 |
| ) | |
| ) | JUDGE ECHOLS |
| ) | MAGISTRATE JUDGE KNOWLES |
| LTD PARTS, INC., et al. ) | |
| ) | |
| ) | JURY DEMAND |
| Defendants. ) | |
| ) | |

## NOTICE

Defendants hereby provide notice that on May 28, 2009, Defendant Visteon Corporation sought relief under Chapter 11 of the Bankruptcy Code, and thus Plaintiffs' claims against Visteon Corporation are automatically stayed pursuant to 11 U.S.C. § 362.

The other Defendants, LTD Parts, Inc.; Centrum Reman, LLC; Centrum Equities XV, LLC; Terry Howard and Sherry Vinson; hereby state that the automatic stay as to Visteon Corporation does not apply to them and this case should proceed as scheduled in the Initial Case Management Order (Doc. No. 22).

Respectfully submitted,

s/ Kenneth A. Weber
Kenneth A. Weber, #15730
Emily H. Plotkin, #22978
Ben Bodzy, #23517
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, TN 37201
(615) 726-5600 (telephone)
(615) 726-0464 (facsimile)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2009, a copy of the Notice was filed electronically. Parties may access this filing through the Court's electronic filing system.

Jonathan Young
Cameron & Young
100 South Jefferson Avenue
Cookeville, Tennessee 38501

Kenneth S. Williams
Cynthia A. Wilson
Madewell, Jared, Halfacre, Williams & Wilson
230 North Washington Avenue
Cookeville, Tennessee 38501

s/Kenneth A. Weber
Kenneth A. Weber