IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| STACY BRADY, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | No. 2:08-cv-0058 |
| | ) | JUDGE ECHOLS |
| LTD PARTS, *et al.* | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| Defendants. | ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS
TAMMY WOOD, PEGGY REEDER AND STACY BRADY

Come the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and stipulate that plaintiffs Tammy Wood, Peggy Reeder and Stacy Brady should be dismissed with prejudice. All claims of the other plaintiffs shall not be affected by the dismissal of the aforementioned plaintiffs.

Respectfully Submitted,

/s/ Cynthia A. Wilson
Cynthia A. Wilson #13145
Attorney for Plaintiff
MADEWELL JARED HALFACRE WILLIAMS AND WILSON
230 N. Washington Avenue
Cookeville, TN 38501
931-525-1473

/s/Kenneth A. Weber
Kenneth A. Weber, Esquire
BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, TN 37201
615-726-7369

# **CERTIFICATE OF SERVICE**

       I, Cynthia A. Wilson, I the undersigned attorney do hereby certify that a true and exact copy of the foregoing pleading has been served on opposing counsel of record as identified below by electronic filing (ECF), contemporaneously with the electronic filing of this pleading with the Clerk of Court this 19th day of June, 2009.

    Kenneth A. Weber, Esquire
    Emily Plotkin, Esquire
    Ben Bodzy, Esquire
    BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
    211 Commerce Street, Suite 1000
    Nashville, TN 37201

                                    /s/ Cynthia A. Wilson
                                    Cynthia A. Wilson