# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION AT COOKEVILLE

| | | |
|---|---|---|
| STACY BRADY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 2:08-cv-0058 |
| | ) | |
| vs. | ) | JUDGE ECHOLS |
| | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| | ) | JURY DEMAND |
| LTD PARTS, INCORPORATED, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATEMENT REGARDING MEDIATION

Pursuant to the Court's Order of March 3, 2010 (Docket No. 152), the parties have conferred to schedule a mediation of this case prior to trial. The parties have agreed to mediate with Magistrate Judge Brown on March 17, 2010, and Judge Brown's office has confirmed his availability on that date. Judge Brown's office has indicated that it needs an Order of Referral from Judge Echols. Accordingly, the parties request that Judge Echols refer this case for mediation before Magistrate Judge Brown on March 17, 2010.

Respectfully submitted,

/s Ben Bodzy
Kenneth A. Weber (#15730)
Emily H. Plotkin (#22978)
Ben Bodzy (#23517)
Liz Moccaldi (#024608)
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 1000
Nashville, TN 37201
(615) 726-5600 Telephone
(615) 726-0464 Facsimile

1

    /s Jonathan Young
Jonathan Young (#020345)
Cameron & Young
100 South Jefferson Avenue
Cookeville, Tennessee 38501

 /s  Kenneth S. Williams
Kenneth S. Williams (#010678)
Cynthia A. Wilson (#013145)
Madewell, Jared, Halfacre,Williams & Wilson
230 North Washington Avenue
Cookeville, Tennessee 38501

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2010, a copy of the Joint Statement Regarding Mediation was filed electronically. Parties may access this filing through the Court's electronic filing system.

Jonathan Young
Cameron & Young
100 South Jefferson Avenue
Cookeville, Tennessee 38501

Kenneth S. Williams
Cynthia A. Wilson
Madewell, Jared, Halfacre,Williams & Wilson
230 North Washington Avenue
Cookeville, Tennessee 38501

s/Ben Bodzy
Ben Bodzy

N BHB 765292 v1
2138171-000277 03/08/2010